■■■ TERRENCE BOYD et al., Plaintiffs, v BUFFALO BOARD OF EDUCATION et al., Defendants and Third-Party Plaintiffs-Appellants. EUREST DINING SERVICES, a Division of COMPASS GROUP U.S.A., INC., Third-Party Defendant-Respondent. (Appeal No. 1.) [825 NYS2d 651]—Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered August 15, 2005 in a personal injury action. The order, upon a jury verdict, dismissed the third-party complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Gorski and Martoche, JJ.

■■■ TERRENCE BOYD, Respondent, v BUFFALO BOARD OF EDUCATION et al., Appellants. (Appeal No. 2.) [825 NYS2d 651]—Appeal from a judgment of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered August 19, 2005 in a personal injury action. The judgment was entered upon a finding of liability against defendants after a jury trial.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Gorski and Martoche, JJ.